# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-2095
Lower Tribunal No. 2018-CA-012800-O

———————————————

LUCIANO SUTERA SARDO,

Appellant,

v.

ORANGE COUNTY CONVENTION CENTER, ORANGE COUNTY BOARD OF COMMISSIONERS, and ORANGE COUNTY,

Appellees.

———————————————

Appeal from the Circuit Court for Orange County.
Jeffrey L. Ashton, Judge.

April 2, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Paul G. Finizio, of The Finizio Law Group, Fort Lauderdale, for Appellant.

Jessica C. Conner, of Dean, Ringers, Morgan & Lawton, P.A., Orlando, for Appellee, Orange County Board of County Commissioners.

No Appearance for Appellees, Orange County Convention Center and Orange County.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED